# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

## CRIMINAL MINUTES - CHANGE OF PLEA

| | |
|---|---|
| United States of America | Case Number: 10-00244-03-CR-W-DW |
| v. | Date: 3/24/2011 |
| DENNIS HENRY | |

Honorable Dean Whipple presiding at Kansas City, Missouri

Time commenced: 1:43 p.m.     Time terminated: 2:23 p.m.

### Appearances

| Plaintiff | Defendant |
|---|---|
| Cynthia Cordes/Paul Becker, AUSA | Christine M. Blegen, CJA |

**PROCEEDINGS:**

Defendant appears to change his plea from not guilty to guilty on count(s) 1 and 7 of the indictment.

Factual basis and range of punishment is read.
- X    Defendant sworn.
- X    Court questions defendant regarding his physical and mental condition. Defendant advised of right to trial by jury, maximum and minimum terms of incarceration and fine ranges.
- X    Plea Agreement filed.
- X    Court accepts defendant's plea.
- X    Court orders Presentence Investigation (PSI).
- X    Defendant remanded to custody.

REMARKS:

Court Reporter: Denna Lamken          Joella Baldwin, Courtroom Deputy